This memorandum opinion was not selected for publication in the New Mexico Reports. Please see Rule 12-405 NMRA for restrictions on the citation of unpublished memorandum opinions. Please also note that this electronic memorandum opinion may contain computer-generated errors or other deviations from the official paper version filed by the Court of Appeals and does not include the filing date.

**IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO**

**VICTOR R. PLENGE FARFAN,**

Plaintiff-Appellee,

**v.**                                                            **No. 31,514**


**JOHN BARNCASTLE,**

Defendant-Appellant.


**APPEAL FROM THE DISTRICT COURT OF BERNALILLO COUNTY**
**Clay Campbell, District Judge**

Alvin R. Garcia
Albuquerque, NM

for Appellee

John Barncastle
Albuquerque, NM

Pro Se Appellant


**MEMORANDUM OPINION**

**BUSTAMANTE, Judge.**

Defendant-Appellant John Barncastle (Defendant) has appealed from a memorandum opinion and order by which the district court upheld a writ of restitution previously issued by the metropolitan court. [RP 148-58] We issued a notice of proposed summary disposition, proposing to affirm. Defendant has filed no memorandum in opposition, and the time for doing so has passed.

Accordingly, for the reasons stated in the notice of proposed summary disposition, we affirm.

**IT IS SO ORDERED.**

**MICHAEL D. BUSTAMANTE, Judge**

**WE CONCUR:**

**CELIA FOY CASTILLO, Chief Judge**

**MICHAEL E. VIGIL, Judge**